Scott J. Sagaria (SBN 217981)
sjsagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
egale@sagarialaw.com
Joe B. Angelo (SBN 268542)
jangelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
sjohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Boulevard, Suite 200
Roseville, California 95661
(408) 279-2288 Telephone
(408) 279-2299 Facsimile

Attorneys for Plaintiff
JENNIFER GREEN

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLUMBIA COLLECTION SERVICE, INC.,
erroneously sued as COLUMBIA COLLECTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; COLUMBIA COLLECTIONS; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00460-WBS-AC<br><br>**JOINT REQUEST TO CONTINUE DEADLINE TO FILE SETTLEMENT DISPOSITION DOCUMENTS; [~~PROPOSED~~] ORDER** |

Plaintiff JENNIFER GREEN ("Plaintiff") and Defendant COLUMBIA COLLECTION SERVICE, INC. ("Defendant"), through their respective counsel, hereby jointly request that the August 22, 2018 deadline for the parties to file their settlement disposition documents be continued to September 14, 2018. Good cause exists for this request as follows:

1. The parties' counsel recently settled this case and six other cases with similar claims against the same Defendant.

2. On July 31, 2018, the parties filed a notice of settlement. (ECF No. 16.)

3. On August 1, 2018, this Court ordered the parties to file their disposition documents no later than August 22, 2018. (ECF No. 17.)

4. The parties respectfully submit that they need more time to finalize the settlement and file their disposition documents. In this regard, all specific terms of the parties' written settlement have been negotiated, but the agreement has not yet been fully executed. Further, the agreement conditions dismissal of this matter on the satisfactory completion of terms that have not yet been performed (e.g. payment of the settlement funds). As a result, the parties need more time to complete the settlement and file a stipulation for dismissal.

5. The parties agree that the requested continuance will not cause any prejudice to them. The parties also agree that this joint request is not made for any improper purpose or delay, but rather to give the parties' an opportunity to finalize their settlement and seek a dismissal of this case.

6. Pursuant to the foregoing, the parties stipulate and jointly request that their August 22, 2018 deadline to file settlement disposition documents be continued to September 14, 2018. A Proposed Order regarding this joint request is set forth below for the Court's consideration.

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: August 22, 2018 SAGARIA LAW, P.C.

By: /s/ Elliot Gale
Scott J. Sagaria
Elliot W. Gale
Joe B. Angelo
Scott M. Johnson
Attorneys for Plaintiff
MARLA BAKER

DATED: August 22, 2018 CARLSON & MESSER LLP

By: s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
COLUMBIA COLLECTION SERVICE, INC.

## ORDER

Having considered the parties' joint request to continue the August 22, 2018 deadline to file settlement disposition documents, the Court rules as follows:

The request is granted. The parties shall file their settlement disposition documents on or before September 14, 2018. All other dates shall remain as previously ordered.

Dated: August 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE