# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GREEN, | CASE NO. 2:18-cv-00460-WBS-AC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| EQUIFAX, INC.; COLUMBIA COLLECTIONS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: September 26, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE